
FILED
DISTRICT COURT OF GUAM
DEC - 7 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN J. "SONNY" SHELTON,<br><br>Defendant. | Criminal Case No. 01-00007<br><br><br><br>ORDER |

The Defendant, Austin J. "Sonny" Shelton, filed a Request That the Court Issue a Schedule for Defendant's Restitution Payments. *See* Docket No. 330. Pursuant to 28 U.S.C. § 636(b)(1)(B), this matter is hereby referred to Magistrate Judge Manibusan to determine and make recommendation to the Court as to the appropriate disposition.

SO ORDERED this 7th day of December, 2005.

D. LOWELL JENSEN*
United States Senior District Judge

---

*The Honorable D. Lowell Jensen, United States Senior District Judge for Northern District of California, by designation.