IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
DEC 19 2005
MARY L.M. MORAN
CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 01-00007 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| AUSTIN J. "SONNY" SHELTON, | ) | |
| Defendant. | ) | |

On December 7, 2005, the District Judge referred the Defendant's request regarding the establishment of a restitution payment schedule to the below-signed judge. Accordingly, the United States Probation Office is directed to prepare a report on the Defendant's financial status and recommend a proposed schedule for the payment of the Defendant's restitution obligation. Said report shall be filed with the Court and provided to the parties no later than Wednesday, February 15, 2006. The parties shall file comments and/or objections to the report no later than March 1, 2006. Thereafter, the undersigned judge will issue its Report and Recommendation to the District Judge without further hearing unless oral argument will aid the Court in its decision.

The Clerk of Court is directed to serve a copy of this Order on the United States Probation Office.

SO ORDERED this 19th day of December 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge