

FILED
DISTRICT COURT OF GUAM
FEB 28 2006
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATE DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | USDC Cs. No.: 01-00007-001 |
| Plaintiff, | ) | |
| vs. | ) | **REQUEST FOR CONTINUANCE OF FINANCIAL** |
| | ) | **REPORT AND PROPOSED PAYMENT SCHEDULE** |
| | ) | |
| AUSTIN J. "SONNY" SHELTON | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On December 19, 2005, the Court directed the U.S. Probation Office to prepare a report on the financial status of the defendant, Austin J. "Sonny" Shelton, and recommend a proposed payment schedule for the payment of his restitution.

The probation officer is requesting that the Court continue this report for sixty days. This officer needs additional time to substantiate information regarding the defendant's financial condition.

RESPECTFULLY submitted this 28TH day of February 2006.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: STEPHEN P. GUILLIOT
U.S. Probation Officer

Approved by:

CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist

2/28/06
DATE

cc: Marvic David, AUSA
G. Patrick Civille, Defense Counsel