FRANK MICHAEL CRUZ
Chief Probation Officer
STEPHEN P. GUILLIOT
U.S. Probation Officer
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 473-9201
Facsimile: (671) 473-9202

FILED
DISTRICT COURT OF GUAM
FEB 28 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 01-00007 |
| Plaintiff, | |
| vs. | |
| AUSTIN J. "SONNY" SHELTON | ORDER |
| Defendant. | |

Upon request of the U.S. Probation Office, the deadline for filing the defendant's financial status report and proposed payment schedule with the Court is hereby moved to April 18, 2006, and shall be provided to the parties on that date as well. The parties shall file comments and or objections to the report no later than May 2, 2006.

SO ORDERED this 28th day of February 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

ORIGINAL