ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY -1 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> AUSTIN J. "SONNY" SHELTON, <br><br> Defendant. | CRIMINAL CASE NO. 01-00007 <br><br> **GOVERNMENT'S RESPONSE TO FINANCIAL STATUS AND PROPOSED PAYMENT SCHEDULE REPORT** |

Comes now the United States and adopts the findings of the U.S. Probation Officer's Financial Status and Proposed Payment Schedule Report with the following comment: the monthly minimum restitution payments should be increased to $1,000 [an increase of $250 from the recommended $750 payment] since the defendant has a $250 increase in monthly rental income from the T-Factory. According to paragraph 2 of the report, such rental income has increased from $1,750 to $2,000 per month beginning May 1, 2006.

Dated this 1st day of May 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney