**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*

FILED
DISTRICT COURT OF GUAM
MAY -2 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. CR01-00007-001 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **REQUEST FOR EXTENSION TO** |
| ) | **FILE RESPONSE TO FINANCIAL** |
| AUSTIN J. "SONNY" SHELTON, ) | **STATUS AND PROPOSED** |
| ) | **PAYMENT SCHEDULE REPORT** |
| Defendant. ) | |
| ) | |
| _____) | |

Defendant Austin "Sonny" Shelton, through counsel, hereby requests an extension of twenty-one (21) days within which to file a response to the Financial Status and Proposed Payment Schedule Report dated April 18, 2006. The basis for the request is that Defendant would like to file objections to the report, but counsel is only able to communicate with Defendant by mail and counsel has not yet received Defendant's comments to the Proposed Payment Schedule.

Respectfully submitted this 2nd day of May, 2006.

CIVILLE & TANG, PLLC

By _____
G. PATRICK CIVILLE
*Attorneys for Defendant*

ORIGINAL

## CERTIFICATE OF SERVICE

I, G. PATRICK CIVILLE, hereby certify that on the 2nd day of May, 2006, a copy of the foregoing document was served by hand-delivery on the following:

>Marivic P. David, Esq.
>Assistant U.S. Attorney
>Office of the United States Attorney
>Suite 500, Sirena Plaza
>108 Hernan Cortez Avenue
>Hagåtña, Guam 96910
>
>Stephen P. Guilliot
>U.S. Probation Officer
>U.S. Probation Office
>2nd Floor, U.S. Courthouse
>520 West Soledad Avenue
>Hagåtña, Guam 96910

DATED this 2nd day of May, 2006.

         **CIVILLE & TANG, PLLC**

         By: _/s/ G. Patrick Civille_
         **G. PATRICK CIVILLE**
         *Attorneys for Defendant*