CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*


**FILED**
DISTRICT COURT OF GUAM
MAY -3 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 01-00007 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | **Granting Request for Extension to File** |
| AUSTIN J. "SONNY" SHELTON, | ) | **Response to Financial Status and** |
| | ) | **Proposed payment Schedule Report** |
| Defendant. | ) | |

For good cause shown,

IT IS HEREBY ORDERED that Defendant's comments and/or objections to the Probation Office's financial status report and proposed payment schedule shall be filed no later than Tuesday, May 23, 2006.

DATE: May 3, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE

ORIGINAL