# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>AUSTIN J. SHELTON, aka "Sonny" Shelton,<br><br>Defendant - Appellant. | No. 05-10275<br>D.C. No. CR-01-00007-RCJ<br><br>**JUDGMENT**  **FILED**<br>DISTRICT COURT OF GUAM<br>AUG 25 2006<br>MARY L.M. MORAN<br>CLERK OF COURT |

Appeal from the United States District Court for the District Of Guam (Hagatna).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District Of Guam (Hagatna) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED.**

Filed and entered 07/28/06

