IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AUSTIN J. "SONNY" SHELTON,<br><br>    Defendant. | CRIMINAL CASE NO. 01-00007<br><br>**ORDER**<br>re Restitution Payment Schedule |

This matter comes before the Court on Defendant's request to establish a restitution payment schedule. The request was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order No. 04-00016 on December 12, 2004. Docket No. 342. The Magistrate Judge reviewed the submissions and requested additional briefing. Thereafter, the Magistrate Judge filed his Findings and Recommendations on August 16, 2006, to which there has been no timely objection. Docket No. 352.

Under 28 U.S.C. § 636(b)(1)(C), the Court may accept, reject or modify in whole or in part the Magistrate Judge's recommendation. Having thoroughly considered the matter and relevant law, the Court hereby adopts the Magistrate's Findings and Recommendations in full. Accordingly, the Court **ORDERS** the following payment schedule:

1. While incarcerated, the Defendant shall pay no less than 70% of his prison wages towards his restitution obligation.

2. While on supervised release, the Defendant shall pay $750 per month, beginning

sixty (60) days after release from the Bureau of Prisons or sooner if the Defendant finds employment. If, after considering the Defendant's economic circumstances and responsibilities, the USPO determines that more or less should be due on a monthly basis, the assigned probation officer shall petition the Court accordingly, with notice to the Defendant and the Government. If agreement cannot be reached by the parties, the Court shall re-evaluate the Defendant's ability to pay and determine the appropriate monthly amount.

3. Not later than thirty (30) days after any change occurs, the Defendant shall notify the USPO and the Government of any material change in economic circumstances that might affect the Defendant's ability to pay restitution as ordered.

4. The Defendant shall make a lump sum payment towards restitution by selling his shares of stock in the Bank of Guam.

SO ORDERED this 8th day of September, 2006.

*signature*

MORRISON C. ENGLAND*
United States District Judge

---

*The Honorable Morrison C. England, United States District Judge for the Eastern District of California, by designation.